IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01348-PAB-MJW

BETTY MCCLAREN-GORBET,

Plaintiff(s),

v.

ELK RUN INN and
RANDALL LOOPER,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Unopposed Motion for Leave to Appear Telephonically at the Scheduling Conference (Docket No. 15) is granted.  Accordingly, plaintiff's counsel may participate by telephone in the Scheduling Conference set on July 17, 2014, at 10:00 a.m. by calling the court at that time at (303) 844-2403.  If defense counsel also wishes to participate by telephone, she shall contact plaintiff's counsel to arrange a conference call with the court.  Once both counsel are on the line, they shall then call the court at the number provided above.

Date: July 10, 2014