IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01348-PAB-GPG

BETTY MCLAREN-GORBET,

    Plaintiff,

v.

ELK RUN INN
RANDALL LOOPER
    Defendants.

---

**PROPOSED ORDER TO EXTEND
DISCOVERY CUT-OFF DATE AND
SUMMARY JUDGMENT DEADLINE**

---

THIS MATTER, having come before the Court on the Unopposed Motion for Leave to Extend Discovery Cut-off Date and Summary Judgment Deadline, and the Court, having reviewed the file and otherwise being fully apprised in the premise, hereby

GRANTS AS FOLLOWS:

    Extension of Discovery Cut-off:    March 16, 2015

    Extension of Dispositive Motions:    April 13, 2015

    Extension to serve Interrogatories, Request for Production of Documents and Request for Admissions:    March 13, 2015

    DATED:  12/4, 2014.

                      BY THE COURT:

                      _____
                      Gordon P. Gallagher